IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COVAD COMMUNICATIONS COMPANY,

    Plaintiff,

  v.

RATES TECHNOLOGY, INC.,

    Defendant.
                              /

No. C 10-03233 WHA

**ORDER DENYING PLAINTIFF'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

Good cause not shown, the Court **DENIES** plaintiff's request to continue the case management conference for five weeks.

**IT IS SO ORDERED.**

Dated: November 22, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE